**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul W. Dlugajczyk,  )<br>            Plaintiff,  )<br>vs.  )<br>  )<br>Ourvacationstore.com, a Delaware )<br>corporation,  )<br>            Defendant.  )<br>_____  ) | No. CV-04-2683-PHX-LOA<br><br>**ORDER** |

    This Court has received and considered Catherine M. Lockard, Bryan Cave, LLP's. Motion for Leave to Withdraw and Certificate of Counsel. The docket reflects that new defense counsel, Leigh Eric Dowell and Kerry Scott Martin, have entered Notices of Appearance.

    **IT IS ORDERED granting** defense counsel, Catherine M. Lockard's Motion for Leave to Withdraw (dkt. #s 30 and 31) and removing Ms. Lockard and the firm of Bryan Cave, LLP from all further responsibilities in this matter.

    DATED this 12th day of April, 2006.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge