**WO**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Paul W. Dlugajczyk, | No. CV 04-2683 PHX LOA |
| Plaintiff, | **ORDER** |
| vs. | |
| Ourvacationstore.com, a Delaware corporation, | |
| Defendant. | |

Based upon the parties' Motion and Stipulation to Dismiss,

IT IS HEREBY ORDERED that this case is dismissed, with prejudice, each party to bear their own fees and costs.

DATED this 22nd day of September, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge